# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MICHIGAN REGIONAL COUNCIL OF
CARPENTERS JOINT FRINGE BENEFIT FUNDS,
a/k/a Detroit Carpenters Fringe Benefit Funds,[1] and
MICHIGAN CARPENTERS' FRINGE BENEFIT
FUNDS,[2] trust funds established and administered
pursuant to federal law,

        Plaintiffs,

v.

Case No.08-13792

Hon.  Avern Cohn

MURDOCK, INC., a Michigan corporation,
FAST TRACK CONSTRUCTION, INC., a
Michigan corporation, PATRICK MURDOCK,
an individual, and TRACY MURDOCK,
an individual,

        Defendants.

_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY
## AS TO DEFENDANTS PATRICK MURDOCK AND TRACY MURDOCK ONLY

This matter having come on to be heard upon the advice of counsel for Plaintiffs that Patrick Murdock and Tracy Murdock filed a joint petition under Chapter 7 of the United States Bankruptcy Code on June 8, 2009, *In re: Patrick Murdock and Tracy Murdock*, Case No. 09-57987-tjt, in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the Notice of Bankruptcy Case Filing has been electronically filed with the U.S. District Court, Docket No. 50), and pursuant to U.S.C. §362 (a) these proceedings are automatically stayed.

---

[1] Michigan Regional Council of Carpenters Fringe Benefit Funds, a/k/a Detroit Carpenters Fringe Benefit Funds consist of the following employee benefit trust funds:  Detroit Carpenters Health and Welfare Fund; the Michigan Regional Council of Carpenters Employee Benefits Fund; the Carpenters Pension Trust Fund-Detroit & Vicinity; the Carpenters Annuity Fund; the Michigan Regional Council of Carpenters Annuity Fund; the Carpenters Vacation and Holiday Trust Fund-Detroit & Vicinity; the Detroit Carpenters Joint Apprenticeship and Training Trust Fund; the Guarantee Fund; and the Industry Advancement Fund.

[2] Michigan Carpenters' Fringe Benefit Funds consist of the following employee benefit trust funds: Michigan Carpenters' Health Care Fund, Michigan Carpenters' Pension Fund, Michigan Carpenters' Apprenticeship and Training Fund, Michigan Carpenters' Industry Advancement/Dues Fund, and Michigan Carpenters' Annuity Fund.

NOW, THEREFORE,

IT IS HEREBY ORDERED that:

1. This case is closed, without prejudice, for administrative purposes as to Defendants Patrick Murdock and Tracy Murdock only.

2. This closing does not constitute a dismissal or a decision on the merits.

3. In the event the bankruptcy stay is lifted or otherwise modified as to these proceedings, this case may be reopened on motion of any party.

DATED :  June 12, 2009                             s/Avern Cohn
                                                                       U.S. DISTRICT COURT JUDGE